460 A.2d 849

Commonwealth v. Gans, Appellant.

Before WIEAND, McEWEN and MONTGOMERY, JJ.
Order affirmed.